UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| DAVID MICHAEL BLEVINS, | ) | | |
|---|---|---|---|
| Petitioner, | ) | | |
| v. | ) | No. | 2:19-CV-090-RLJ-CRW |
| GEORGIA CROWELL, | ) | | |
| Respondent. | ) | | |

## MEMORANDUM OPINION

This prisoner pro se petition for a writ of habeas corpus is now before the Court pursuant to Respondent's motion to dismiss this action as moot due to Petitioner's death [Doc. 16]. In support thereof, Respondent filed records from the Tennessee Department of Correction establishing that Petitioner died on October 6, 2020, while incarcerated in the Northeast Correctional Complex [Doc. 16-1 p. 2–3].

For good cause shown therein, this motion [*Id.*] will be **GRANTED** and this action will be **DISMISSED as moot**. *Hailey v. Russell*, 394 U.S. 915, 89 S. Ct. 1200 (1969) (providing that "[u]pon the suggestion of mootness by reason of the death of petitioner, motion for leave to file petition for writ of habeas corpus dismissed"); *Beach v. Humphries*, No. 89-3483, 1990 WL 140574, at *1 (6th Cir. 1990) (finding that the death of the petitioner rendered the appeal involving a request for habeas corpus relief moot).

**AN APPROPRIATE JUDGMENT ORDER WILL ENTER**.

ENTER:

s/ Leon Jordan
United States District Judge