# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT GREENEVILLE

| | |
|---|---|
| DAVID MICHAEL BLEVINS, | ) |
| Petitioner, | ) |
| v. | ) No. 2:19-CV-090-RLJ-CRW |
| GEORGIA CROWELL, | ) |
| Respondent. | ) |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed contemporaneously with this order, Respondent's motion to dismiss this action as moot due to the death of Petitioner [Doc. 16] is **GRANTED** and this pro se petition for a writ of habeas corpus is **DISMISSED as moot**. The Clerk is **DIRECTED** to close the file.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge

ENTERED AS A JUDGMENT
s/ LeAnna R. Wilson
CLERK OF COURT